

IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| SAMANTHA HEDGSPETH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:13-cv-01054 (CMH/TCB) |
| ) | |
| BEACON CAPITAL PARTNERS, LLC, ) | |
| JONES LANG LASALLE AND ) | |
| BRANDYWINE REALTY TRUST ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CONSENT ORDER

Upon consideration of the Joint Motion of the Parties to Remand the matter to state court and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED; it is hereby

FURTHER ORDERED that this matter will be remanded to the Commonwealth of Virginia, Fairfax County Circuit Court.

Entered this 2nd day of October, 2013

/s/
Claude M. Hilton
United States District Judge

*Hedgspeth v. Beacon Capital Partners, LLC, et al*
Consent Order

Respectfully submitted,

Nicholas Hantzes (VSB No. 23967)
Jessica P. Bunce (VSB No. 80183)
Hantzes & Associates
1749 Old Meadow Road, Suite 308
McLean, Virginia 22102
(703) 378-5000
(703) 448-4434 (fax)
nhantzes@hantzeslaw.com
*Counsel for Samantha Hedgspeth*

Clinton R. Shaw, Jr. (Fed. Bar No. 37498)
Alan S. Block (Fed. Bar No. 32528)
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW, Suite 800
Washington, D.C. 20036
(202) 712-7000
(202) 712-7100 (facsimile)
cshaw@bonnerkiernan.com
ablock@bonnerkiernan.com
*Counsel for Defendant Brandywine Realty Trust*

Christopher R. Costabile
Virginia Bar No. 39458
Gregory V. Chestnut
Virginia Bar No. 36594
10555 Main Street
Suite 400
Fairfax, Virginia 22030
(703) 273-2777
(703) 691-4288 (facsimile)
*Counsel for Defendant Beacon Capital Partners & Jones Lang LaSalle*